**[PROPOSED] ORDER**

GOOD CAUSE APPEARING THEREFORE and in accordance with the Stipulation of parties to stay all proceedings, IT IS HEREBY ORDERED THAT:

1. All proceedings in this matter, including discovery, pre-trial motions, and any and all scheduled hearings, shall be stayed until further ordered by this Court, pending settlement of case.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:_____                    _____
                                         Honorable Judge William H. Orrick
                                         United States District Court Judge