Gabriela M. Torres (CA Bar No. 277299)
Gabriela@gabrielamtorreslaw.com
**GABRIELA M. TORRES LAW**
4225 Executive Square
Suite 600
La Jolla CA 92037
Tel: (619) 343 3376

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| X.Y., a minor, by and through his Guardian ad Litem, Shao Chi Tung, <br><br> , <br><br> . <br><br> San Francisco Boys Chorus, | :3:25-CV-08586-WHO <br><br> JOINT STIPULATION AND [PROPOSED] ORDER TO STAY ALL PROCEEDINGS PENDING SETTLEMENT DISCUSSIONS <br><br> JUDGE: HON. WILLIAM H. ORRICK |

This stipulation is entered into by and among Plaintiff X.Y., a minor, by and through his Guardian ad Litem, and Defendant San Francisco Boys Chorus (collectively, the "Parties"), by and through their respective attorneys of record, pursuant to Northern District Local Rule 7-12. The Parties stipulate and agree as follows:

WHEREAS, the Parties reached an agreement to settle the litigation;

WHEREAS, the Parties agree to conserve judicial and the Parties' resources, the Parties request a stay of all deadlines and proceedings pending settlement discussions.

IT IS HEREBY STIPULATED by and between the Parties through their respective counsel that further proceedings in this matter, including discovery, pre-trial motions, and any and all scheduled hearings, shall be stayed until further order of this Court, pending settlement of case.

**DATED:** January 22, 2026                    **GABRIELA M. TORRES LAW**

                                          /s/ Gabriela M. Torres
                                          Gabriela M. Torres
                                          Attorney for Plaintiff X.Y.


**DATED:** January 22, 2026                    **SAGASER, WARKINS & WIELAND, PC**

                                          /s/Paul Bauer
                                          Paul Bauer
                                          Attorney for Defendant San Francisco
                                          Boys Chorus

STIPULATION AND [PROPOSED] ORDER TO STAY ALL PROCEEDINGS PENDING SETTLEMENT
DISCUSSIONS                                    CASE NO. 3:25-CV-08586-WHO

**ATTESTATION**

I, Gabriela M. Torres, am the ECF User whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER TO STAY ALL PROCEEDINGS. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

**DATED:** January 22, 2026                                   **GABRIELA M. TORRES LAW**

/s/ Gabriela M. Torres_____
Gabriela M. Torres
Attorney for Plaintiff X.Y.

STIPULATION AND [PROPOSED] ORDER TO STAY ALL PROCEEDINGS PENDING SETTLEMENT
DISCUSSIONS                                   CASE NO. 3:25-CV-08586-WHO

### [PROPOSED] ORDER

GOOD CAUSE APPEARING THEREFORE and in accordance with the Stipulation of parties to stay all proceedings, **as modified below**, IT IS HEREBY ORDERED THAT:

1.  All proceedings in this matter, including discovery, pre-trial motions, and any and all scheduled hearings, shall be stayed until further order of the court.  **A Case Management Conference is set for April 14, 2026, at 2:00 pm by Zoom videoconference.  If the case has not resolved, the parties shall file a Joint Case Management Conference Statement by April 7, 2026.**

IT IS SO ORDERED.

Date: January 23, 2026

Honorable William H. Orrick
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER TO STAY ALL PROCEEDINGS PENDING SETTLEMENT
DISCUSSIONS                                    CASE NO. 3:25-CV-08586-WHO